**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant Desert Canyon Homeowners' Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE 60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107,<br><br>Plaintiff,<br><br>vs.<br><br>776 GOLDEN SEDUM; DESERT CANYON HOMEOWNERS ASSOCIATION; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02775-RFB-CWH<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT DESERT CANYON HOMEOWNERS' ASSOCIATION TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT (#1)**<br><br>**FIRST REQUEST** |

Plaintiff PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE 60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107 ("Plaintiff") and Defendant DESERT CANYON HOMEOWNERS ASSOCIATION ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed Its Complaint on December 2, 2016 (#55).
2. The Association was served with the Complaint on March 30, 2017, and immediately tendered it to its insurance carrier.

-1-

3. The Association was appointed defense counsel on April 14, 2017.

4. Pursuant to Local Rule, a responsive pleading is due on or before April 20, 2017.

Plaintiff and the Association by and through their counsel hereby agree and stipulate to allow the Association a two (2) week extension of time to file a responsive pleading. The Association shall have up to and including May 3, 2017, to file its response.

This is the parties' first request of this deadline and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 19th day of April, 2017. | DATED this 19th day of April, 2017. |
| LEACH JOHNSON SONG & GRUCHOW | WRIGHT FINLAY & ZAK, LLP |
| By: */s/ Ryan D. Hastings* | By: */s/ J. Stephen Dolembo* |
| SEAN L. ANDERSON | DANA JONATHAN NITZ |
| Nevada Bar No. 7259 | Nevada Bar No. 0050 |
| RYAN D. HASTINGS | J. STEPHEN DOLEMBO |
| Nevada Bar No. 12394 | Nevada Bar No. 9795 |
| 8945 West Russell Road, Suite 330 | 7785 W. Sahara Avenue, Suite 200 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89117 |
| *Attorneys for Defendant Desert Canyon Homeowners' Association* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

DATED: April 21, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

-2-