WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
sdolembo@wrightlegal.net
*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee 60 Livingston Avenue, EP-MN-WS3D, St. Paul, MN 55107*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE 60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107,<br><br>Plaintiff,<br><br>vs.<br><br>776 GOLDEN SEDUM TRUST; DESERT CANYON HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02775-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DESERT CANYON HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

///

///

///

///

///

///

///

Plaintiff, PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE 60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107 (hereinafter "U.S. Bank"), and Defendant, DESERT CANYON HOMEOWNERS ASSOCIATION, (hereinafter "HOA") hereby stipulate as follow:

## **STIPULATION**

1. HOA filed its Motion to Dismiss ("Motion") on May 3, 2017 [EFC No. 15]
2. Current deadline to file the response to the Motion is May 17, 2017.
3. U.S. Bank requests additional time to file a response to the Motion and the HOA does not object to the request.
4. Therefore, the parties agree that U.S. Bank's response to the Motion is now due on or before May 24, 2017

DATED this 17th day of May, 2017.                    DATED this 17th day of May, 2017.

WRIGHT, FINLAY & ZAK, LLP                           LEACH JOHNSON SONG & GRUCHOW

*/s/ J. Stephen Dolembo, Esq. _____*             */s/ Ryan D. Hastings, Esq. _____*
Edgar C. Smith, Esq.                                 Sean L. Anderson, Esq.
Nevada Bar No. 5506                                  Nevada Bar No. 7259
J. Stephen Dolembo, Esq.                             Ryan D. Hastings, Esq.
Nevada Bar No. 9795                                  Nevada Bar No. 12394
7785 W. Sahara Ave., Suite 200                       8945 West Russell Road, Suite 330
Las Vegas, NV 89117                                  Las Vegas, Nevada 89148
*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee 60 Livingston Avenue, EP-MN-WS3D, St. Paul, MN 55107*    *Attorneys for Desert Canyon Homeowners' Association*

**Case Number:** 2:16-cv-02775

**ORDER**

IT IS SO ORDERED.

Dated this 18th day of May, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ J. Stephen Dolembo, Esq.*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee 60 Livingston Avenue, EP-MN-WS3D, St. Paul, MN 55107*