WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee 60 Livingston Avenue, EP-MN-WS3D, St. Paul, MN 55107*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE 60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107,<br><br>Plaintiff,<br><br>vs.<br><br>776 GOLDEN SEDUM TRUST; DESERT CANYON HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02775-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DESERT CANYON HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

///

///

///

///

///

///

///

Plaintiff, PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE 60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107 (hereinafter "U.S. Bank"), Defendant, DESERT CANYON HOMEOWNERS ASSOCIATION (hereinafter, "HOA"), and Defendant Absolute Collection Services, LLC (hereinafter, "ACS") hereby stipulate as follow:

## **STIPULATION**

1. HOA filed its Renewed Motion to Dismiss ("Motion") on February 27, 2019 [EFC No. 40].
2. ACS filed a Joinder to HOA's Motion on March 4, 2019 [ECF No. 41].
3. Current deadline to file the response to the Motion is March 13, 2019.
4. U.S. Bank requests additional time to file a response to the Motion and the HOA and ACS does not object to the request.
5. Therefore, the parties agree that U.S. Bank's response to the Motion is now due on or before **March 27, 2019**

///
///
///
///
///
///
///
///
///

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 14th day of March, 2019.

DATED this 13th day of March, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Rock K. Jung, Esq. _____
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee 60 Livingston Avenue, EP-MN-WS3D, St. Paul, MN 55107*

DATED this 13th day of March, 2019.

LEACH JOHNSON SONG & GRUCHOW

/s/Ryan D. Hastings, Esq. _____
Sean L. Anderson, Esq.
Nevada Bar No. 7259
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Desert Canyon Homeowners' Association*

DATED this 13th day of March, 2019.

ABSOLUTE COLLECTION SERVICES, LLC

/s/ Shane D. Cox/, Esq. _____
Shane D. Cox, Esq.
Nevada Bar No. 12076
7485 W. Azure Drive, Suite 129
Las Vegas, NV 89130
*Attorneys for Defendant, Absolute Collection Services, LLC*

**Case Number:** 2:16-cv-02775

**ORDER**

IT IS SO ORDERED.

Dated this ___ day of _____, 2019.

_____
JUDGE'S SIGNATURE

Submitted by:

| | |
|---|---|
| 1 | **WRIGHT, FINLAY & ZAK, LLP** |
| 2 | */s/ Rock K. Jung, Esq.* _____ |
|   | Robert A. Riether, Esq. |
| 3 | Nevada Bar No. 12076 |
| 4 | Rock K. Jung, Esq. |
|   | Nevada Bar No. 10906 |
| 5 | 7785 W. Sahara Ave., Suite 200 |
|   | Las Vegas, NV 89117 |
| 6 | *Attorneys for Plaintiff, PROF-2013-S3* |
|   | *Legal Title Trust II, by U.S. Bank National* |
| 7 | *Association, as Legal Title Trustee 60* |
|   | *Livingston Avenue, EP-MN-WS3D, St.* |
| 8 | *Paul, MN 55107* |